Case 2:21-po-05007-KLD   Document 5   Filed 02/13/24   Page 1 of 2

Page: 1 of 2                                   Central Violations Bureau                                   02/13/2024
                                         Magistrate Judge Case Pending Report
                            Site: BUMT Magistrate Judge: HON KATHLEEN L DESOTO - 77BL

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

**Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.**

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FABB007X M4B  2:21-PO-05006-KLD | 10/10/2021 | HALVORSEN, RACHAEL N  MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW | 11/30/2021 | O | 130.00 | 0.00 | 0.00 |
| FABB007Y M4B  2:21-PO-05007-KLD | 05/21/2021 | HALVORSEN, RACHAEL N  MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW | 11/30/2021 | O | 230.00 | 0.00 | 0.00 |
| FABB007Z M4B  2:21-PO-05008-KLD | 10/10/2021 | HARRISON, GAVIN  MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW | 11/30/2021 | O | 130.00 | 0.00 | 0.00 |

3 Total Citations for site BUMT

1/2023 Jen Clark verbally gave permission to dismiss these old CVB cases to align with the Court's process of cleaning up CVB cases that are older than 2 years.



Presiding Judge:                                                                                                DATE:

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes.  Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes.  Generally, those dispositions begin with either a P or a T.  Please contact the Central Violations Bureau at 800-827-2982 with any questions.

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued.  Applicable processing fee printed above.